| | |
|---|---|
| 1 | RAFFI V. ZEROUNIAN (SBN 236388) |
| | *rz@taillieulaw.com* |
| 2 | **THE TAILLIEU LAW FIRM LLP** |
| | 450 N. Roxbury Drive, Suite 700 |
| 3 | Beverly Hills, CA 90210 |
| | Telephone: (310) 651-2440 |
| 4 | Facsimile: (310) 651-2439 |
| 5 | MARTIN SCHWIMMER (*Pro Hac Vice* To Be Filed) |
| | *schwimmer@leasonellis.com* |
| 6 | LAUREN SABOL (*Pro Hac Vice* To Be Filed) |
| | *sabol@leasonellis.com* |
| 7 | **LEASON ELLIS LLP** |
| | One Barker Avenue, Fifth Floor |
| 8 | White Plains, New York 10601 |
| | Tel: (914) 288-0022 |
| 9 | Fax: (914) 288-0023 |
| 10 | JOHN WELCH (*Pro Hac Vice* To Be Filed) |
| | *Jwelch@lalaw.com* |
| 11 | **LANDO & ANASTASI, LLP** |
| | One Main Street, 11th Floor |
| 12 | Cambridge, Massachusetts 02142 |
| | Tel: (617) 395-7000 |
| 13 | Fax: (617) 395-7070 |
| 14 | Attorneys for Defendants |
| 15 | Belmora LLC and Jamie Belcastro |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYER CONSUMER CARE AG, a Swiss corporation; and BAYER HEALTHCARE LLC, a Delaware Limited Liability Company, | CASE NO. CV14-04433 |
| | Assigned to the Honorable Percy Anderson |
| Plaintiffs, | |
| v. | **NOTICE OF AMENDMENT REGARDING EXHIBIT 2 OF DEFENDANTS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE (DKT 29-2)** |
| BELMORA LLC, a Virginia Limited Liability Company; JAMIE BELCASTRO, an individual; and DOES 1-10, inclusive, | |
| Defendants. | Date:<br>Time:<br>Dept.: Courtroom 15 |

{08039/609038-000/01184015.1}0161-1001

NOTICE OF AMENDMENT

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that on July 7, 2014, Defendants Belmora LLC and Jamie Belcastro ("Defendants") electronically filed their Response to the Court's Order to Show Cause. (Dkt. 29) Exhibit 2 to Defendants' Response to the Court's Order to Show Cause, electronically filed as Dkt. 29-2, was a copy of the complaint Belmora LLC instructed its local counsel in the Eastern District of Virginia to file on July 7, 2014. Defendants indicated in their Response to the Court's Order to Show Cause that they would provide the Court with a stamped copy of the complaint when Defendants received it. Defendants have received the stamped copy of their complaint, as filed in *Belmora LLC v. Bayer Consumer Care AG et al.*, No. 14-cv-864 (E.D. Va.). For purposes of accuracy and completeness, Defendants request to replace Exhibit 2 with the stamped copy of the complaint. Thus, the stamped and correct copy of Exhibit 2 to Defendants' Response to the Court's Order to Show Cause is attached hereto as Exhibit A.

Dated: July 11, 2014              Respectfully submitted:

**THE TAILLIEU LAW FIRM LLP**
RAFFI V. ZEROUNIAN

**LEASON ELLIS LLP**
MARTIN SCHWIMMER (*Pro Hac Vice* To Be Filed)
LAUREN SABOL (*Pro Hac Vice* To Be Filed)

**LANDO & ANASTASI, LLP**
JOHN WELCH (*Pro Hac Vice* To Be Filed)

By: */s/ Raffi V. Zerounian*
Attorneys for Defendants Jamie Belcastro and Belmora LLC